

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RB:AMC
F.#2009R01891

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

April 1, 2011

BY ECF

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, NY  11201

   Re: United States v. John Mignano et al.
     Criminal Docket No. 10-667 (BMC)

Dear Judge Cogan:

   I am writing to request an adjournment of the April 11, 2011 hearing in the above-captioned case.  As the government previously advised the Court, the assistant assigned to this case is scheduled to begin a trial in the District of New Jersey before the Honorable William H. Walls on April 5, 2011.

   Judge Wall recently informed the government that he would not be available to conduct the trial on either April 6th or April 8th, as a result, the trial will necessarily continue into the following week.  For this reason, the government requests a brief adjournment.

Defense counsel consents to this request.  Further, all parties consent to an order of excludable delay to serve the ends of justice.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:     _____/s/_____
Anthony M. Capozzolo
Assistant U.S. Attorney
(718) 254-6454

cc:   Frank Handelman, Esq. (via ECF)
      Curtis Farber, Esq. (via ECF)
      Michael Weil, Esq. (via ECF)
      Clerk of Court (BMC)(via ECF)