# FRANK HANDELMAN
LAW OFFICES
780 THIRD AVENUE – 4th FLOOR
NEW YORK, NEW YORK 10017

frankhandelman@gmail.com                                   (212) 471-6239 – FAX (212) 935-5012

**BY TELEFAX (718) 613-2236**
August 8, 2011

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

U.S. v. John Mignano, 10 Cr. 667 (BMC)

Dear Judge Cogan:

      I am writing on behalf of my client Mr. Mignano to request permission to travel to New Jersey between August 22 and September 6. Mr. Mignano's bail conditions currently limit his travel to the Southern and Eastern Districts of New York. During that time frame, he would like to make two long weekend trips to visit a friend in Howell, New Jersey.

      My office has spoken to AUSA Anthony Capozzolo and PTSA Laura Fahmy and neither of them objects to this request.

      Thank you for your kind consideration.

Sincerely,

*[signature]*

Frank Handelman

FH:pg

cc: AUSA Anthony Capozzolo - by fax (718) 254-6669
     PTSA Laura Fahmy - by fax (718) 613-2568