LAW OFFICES OF FRANK HANDELMAN
325 BROADWAY, SUITE 201
NEW YORK, NEW YORK  10007

frank@handelman-law.com                                      (212) 321-1400 – FAX (212) 349-0694

# MEMORANDUM

**TO:**        **ECF Clerk**

**FROM:**    **Frank Handelman**

**DATE:**    **December 20, 2011**

**RE:**        **USA v. John Mignano, 10 Cr. 667 (BMC)**

---

Please note attorney change of address, effective December 15, 2011.  New contact info:

The Law Offices of Frank Handelman
325 Broadway, Suite 201
New York, NY 10007

T (212) 321-1400
F (212) 349-0694
frank@handelman-law.com