# LAW OFFICES OF FRANK HANDELMAN
325 BROADWAY, SUITE 201
NEW YORK, NEW YORK 10007

frank@handelman-law.com                      (212) 321-1400 – FAX (212) 349-0694

**BY ECF & TELEFAX (718) 613-2236**
January 13, 2012

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

U.S. v. John Mignano, 10 Cr. 667 (BMC)

Dear Judge Cogan:

      I am writing on behalf of my client Mr. Mignano who is requesting permission to travel to New Jersey this weekend to assist a friend who is having surgery. Mr. Mignano's bail conditions currently limit his travel to the Southern and Eastern Districts of New York. Neither AUSA Anthony Capozzolo nor Laura Fahmy of Pretrial Services has any objection to this request.

      Thank you for your kind consideration.

                                                      Sincerely,

                                                      Frank Handelman

FH:pg

cc:  AUSA Anthony Capozzolo - by fax (718) 254-6669
      PTSA Laura Fahmy - by fax (718) 613-2568