# LAW OFFICES OF FRANK HANDELMAN
### 325 BROADWAY, SUITE 201
### NEW YORK, NEW YORK 10007

frank@handelman-law.com                  (212) 321-1400 – FAX (212) 349-0694

**BY ECF & TELEFAX (718) 613-2236**
January 24, 2012

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>U.S. v. John Mignano, 10 Cr. 667 (BMC)</u>

Dear Judge Cogan:

     I am writing on behalf of my client Mr. Mignano who is requesting permission to travel to New Jersey this weekend to assist a friend who has had surgery. (Although prior travel to visit his friend was approved, Mr. Mignano did not make that visit). Mr. Mignano's bail conditions currently limit his travel to the Southern and Eastern Districts of New York. Neither AUSA Anthony Capozzolo nor Laura Fahmy of Pretrial Services have any objections to this request.

     Thank you for your kind consideration.

Sincerely,

Frank Handelman

FH:pg

cc: AUSA Anthony Capozzolo - by fax (718) 254-6669
     PTSA Laura Fahmy - by fax (718) 613-2568