LAW OFFICES OF FRANK HANDELMAN
325 BROADWAY
SUITE 201
NEW YORK, NY 10007

Frank HandelmanT (212) 321-1400 – F (212) 349-0694
Tatia D. Barnesfrank@handelman-law.com

**BY ECF**
May 18, 2011

Hon. Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  USA v. Mignano, 10 Cr. 667 (BMC)

Dear Judge Cogan:

In further support of Mr. Mignano's recovery and rehabilitation, and for the Court's consideration at the sentencing of May 25, I attach a letter from Lisa Baron, Ph.D. Dr. Baron is the Chief Psychologist affiliated with the Coney Island Hospital Chemical Dependency program.

Dr. Baron's letter indicates Mr. Mignano's very strong commitment to his recovery and rehabilitation and his efforts to assist others who have shared his plight.

Sincerely,

Frank Handelman

FH:pg
Attachment

cc:AUSA Anthony Capozzolo
USPO Shayna Bryant
John Mignano



**CONEY ISLAND HOSPITAL**

| | |
|---|---|
| Ida G. Israel<br>Community Health Center<br>2201 Neptune Avenue<br>Brooklyn, N.Y. 11224<br>Tel. (718) 946-3400<br>Fax (718) 996-5644 | Behavioral Health Services<br>Chemical Dependency Services<br>2201 Neptune Avenue<br>Brooklyn, N.Y. 11224<br>Tel. (718) 714-2900<br>Fax (718) 714-2910 |

United States District Court
The Honorable Judge Brian Cogan

May 9, 2012

Honorable Judge Brian Cogan;
I met John Mignano when he joined the Coney Island Hospital Chemical Dependency program in September of 2009. He successfully completed treatment on September 22, 2011 but has remained active in the program alumni association. Mr. Mignano learned the hard way of the negative consequences of involvement with illegal substances when he himself became addicted. Since joining the program in 2009 he has remained clean and sober as evidenced by random weekly drug screening toxicologies. He has worked hard at changing his life and has helped many people along the way. He has been using his people skills and charismatic personality towards a positive goal. He remains well liked by his peers and the counselors at the program. While he was still a patient in the program he joined the SRA's (Senior Recovery Assistants) and helped the new patients in the program, spoke at the hospital detox, ran our morning meetings and served the lunches. He has always humbled himself and has helped out in numerous ways. Currently as part of the Alumni Association he participates in bi-monthly meetings in which he helps to come up with ideas as to how to improve the program. He continues to speak at the detox offering hope to the patients and serving as a role model of recovery. He is an active member of self help meetings. He is one of the less than 50 patients who will graduate from our program this year. The ceremony will take place on July 12, 2012. We are submitting his name to be considered for peer recovery coach training so he can become educated, trained and certified to help his peers.
John Mignano is an example of someone who had been headed down the wrong path but has since turned his life around and has made many positive changes. He is an example of how rehabilitation can work. If there is a chance for leniency in his sentence I hope you will grant it to him. I feel he has worked very hard and will continue to do so. He sees the benefits of his recovery and the stress and suffering of his old life. He has grown as a person these past few years and I hope this will be taken into consideration. I have been in this field for over 20 years and I am impressed with the achievements he has made.
If you have any questions please feel free to call me at 718-714-2914.

Sincerely,

Lisa Baron, Ph.D.
Chief Psychologist